UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 14-CR-10210 |
| v. ) | |
| ) | **FILED UNDER SEAL** |
| STEPHEN SILVA, ) | |
| Defendant ) | |

*EX PARTE* MOTION OF THE GOVERNMENT
TO STAY ISSUANCE OF ARREST WARRANT

The government, through undersigned counsel, moves, *ex parte*, for a stay of the issuance of the arrest warrant in this case for one week. As grounds for this motion, the government states as follows. On July 15, 2014, the defendant was charged by indictment with conspiracy to distribute and distribution of heroin, and possession of a firearm with an obliterated serial number. The defendant remains the subject of an ongoing undercover operation. The government seeks the brief stay of the issuance of the arrest warrant so that the issuance of the warrant does not interfere with the ongoing undercover investigation.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Peter K. Levitt
PETER K. LEVITT
Assistant U.S. Attorney

July 15, 2014

[Handwritten margin note: July 15, 2014. Allowed without prejudice to reconsideration by Judge Bowler. /s/ M.L.W., USMJ]