UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 14-CR-10210-MLW |
| | ) | |
| v. | ) | **FILED UNDER SEAL** |
| | ) | |
| STEPHEN SILVA, | ) | |
| Defendant | ) | |

MOTION FOR ARREST WARRANT

On July 15, 2014, the defendant was charged by indictment with conspiracy to distribute and distribution of heroin, and possession of a firearm with an obliterated serial number. Because the defendant remained the subject of an ongoing undercover operation, the government sought, and was granted, a one-week stay of the issuance of the arrest warrant so that the issuance of the warrant would not interfere with the ongoing undercover investigation. Because that investigation has culminated, or will culminate this evening, the government requests that the Court issue the attached arrest warrant.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
PETER K. LEVITT
Assistant U.S. Attorney

July 21, 2014

July 21, 2014. allowed.

Marianne B. Bowler, USMJ