AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 14-CR-10210-MLW |
| Stephen Silva | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **STEPHEN SILVA**,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute heroin, in violation of 21 U.S.C. § 846; distribution of heroin, in violation of 21 U.S.C. § 841(a)(1); and possession of a firearm with an obliterated serial number, in violation of 18 U.S.C. § 922(k)

Date: July 21, 2014

City and state: Boston, MA

Issuing officer's signature: Marianne B. Bowler, USMJ
Printed name and title: MARIANNE B. BOWLER, UNITED STATES MAGISTRATE JUDGE

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

Arresting officer's signature

Printed name and title